**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2021**

———————

JUDY L. HEFLIN,

Plaintiff - Appellant,

versus

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION, Jo Anne B. Barnhart,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Frank W. Bullock, Jr.,
District Judge.  (CA-02-93-1)

———————

Submitted:  March 31, 2004          Decided:  April 28, 2004

———————

Before TRAXLER, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

J. Kevin Morton, Winston-Salem, North Carolina, for Appellant.
John W. Stone, Jr., Assistant Attorney General, Anna Mills Wagoner,
United States Attorney, Greensboro, North Carolina; Robert Triba,
Regional Chief Counsel, Lisa G. Smoller, Assistant Regional
Counsel, Boston, Massachusetts, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Judy L. Heflin appeals the district court's order accepting the magistrate judge's recommendation to affirm the Commissioner's denial of social security disability benefits. On appeal, Heflin maintains that the Commissioner's decision is not supported by substantial evidence because the Administrative Law Judge allegedly ignored the treating physician's opinion without providing an explanation for doing so. We affirm.

We must uphold the district court's disability determination if it is supported by substantial evidence. 42 U.S.C. § 405(g) (2000); Hays v. Sullivan, 907 F.2d 1453, 1456 (4th Cir. 1990). We have reviewed the record in light of Heflin's arguments on appeal and find no reversible error. Furthermore, we find sufficient evidence in the record to support the Commissioner's decision to deny benefits. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED